No. 12–0057/AR.  U.S. v. Row E. Buhrow, III.  CCA 20100911.  Review granted on the following issue:

> WHETHER CHARGE III FAILED TO STATE AN OFFENSE WHERE THE GOVERNMENT DID NOT ALLEGE APPELLANT'S CONDUCT WAS TO THE PREJUDICE OF GOOD ORDER AND DISCIPLINE OR OF A NATURE TO BRING DISCREDIT UPON THE ARMED FORCES.

The decision of the United States Army Court of Criminal Appeals is vacated.  The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011).

BAKER, Chief Judge (dissenting):  I dissent for the reasons stated in my dissenting opinion in *Fosler*.  United States v. Fosler, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 09–0079/AR.  U.S. v. James T. Murphy.  CCA 19872873.  Appellant's motion to exceed the page and word limits for the supplement to the petition for grant of review is denied.  Appellant will file a supplement to the petition for grant of review that complies with Rule 21(b) on or before November 15, 2011.  Appellant's pro se motion for relief is also denied.

Wednesday, November 9, 2011

No. 11–5005/MC.  U.S. v. Jeremy J. Nash.  CCA 201000220.  On consideration of the motion of the United States to attach page 857 of the record of trial, and

following examination of the original record of trial which contains page 857, it is ordered that said motion is hereby denied.

Monday, November 14, 2011

No. 12–6001/AF.   U.S. v. Scott M. Dease, Jr.   CCA 2011–04.   Review granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED BY FINDING APPELLANT HAD ABANDONED HIS URINE AND THUS HAD NO REASONABLE EXPECTATION OF PRIVACY WHERE APPELLANT CONSENTED TO THE SEIZURE OF HIS URINE AND THEN REVOKED CONSENT PRIOR TO THE SEARCH OF APPELLANT'S URINE.

